CAROL MIESZKOWSKI, an Infant, et al., Respondents, v. LOUIS GITTER et al., Appellants, and SUSAN KORVAL et al., Respondents. SUSAN KORVAL, an Infant, by Her Guardian ad Litem, ALEXANDER KORVAL, et al., Respondents, v. LOUIS GITTER et al., Appellants.— Motion by appellants for a stay, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the September Term, beginning September 10, 1962;

appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before July 16, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.